UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FONDA BLAIR, )
)
    Plaintiff )
) No. 3:12-0735
v. ) Judge Campbell/Bryant
) **Jury Demand**
RUTHERFORD COUNTY BOARD OF )
EDUCATION and RUTHERFORD )
COUNTY, TENNESSEE, )
)
    Defendants )

### O R D E R

The parties have filed their Joint Request to Amend Scheduling Order (Docket Entry No. 34). By direction of the District Judge, this request is **GRANTED**. The following revised deadlines shall govern the progress of this case:

1. All discovery shall be completed by **January 14, 2014**.

2. Any dispositive motion shall be filed no later than **March 14, 2014**. The response shall be filed no later than **April 25, 2014**. An optional reply, limited to **five pages**, may be filed no later than **May 9, 2014**.

3. The new trial date and pretrial conference date will be set by separate order. The target trial date is Tuesday, August 12, 2014.

In light of this ruling, the **Clerk** is directed to **TERMINATE** Defendant's Motion to Extend Dispositive Motion Deadline (Docket Entry No. 27) as moot.

It is so **ORDERED**.

                                  /s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge