IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FONDA BLAIR | ) |
| | ) |
| v. | ) NO. 3-12-0735 |
| | ) JUDGE CAMPBELL |
| RUTHERFORD COUNTY BOARD | ) |
| OF EDUCATION, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 70). Since the filing of Defendants' Motion, Plaintiff has voluntarily dismissed all of her claims except a claim for retaliation under the Family and Medical Leave Act. *See* Docket Nos. 84 and 85. Therefore, the Court has addressed that claim alone.

For the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

The pretrial conference set for March 14, 2016, and the jury trial set for March 22, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE