**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 12, 2017

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

    Re: Case No. 16-5285, *Fonda Blair v. Rutherford County Board of Ed, et al*
        Originating Case No. : 3:12-cv-00735

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Amy E. Gigliotti
                Case Manager
                Direct Dial No. 513-564-7012

cc: Ms. Fonda Blair
    Mr. Josh A. McCreary

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-5285

_____

Filed: May 12, 2017

FONDA BLAIR

       Plaintiff - Appellant

v.

RUTHERFORD COUNTY BOARD OF EDUCATION; RUTHERFORD COUNTY, TENNESSEE

       Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 02/15/2017 the mandate for this case hereby issues today.

COSTS:  None